FILED
AUG 19 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No: 2:26mj277 |
| | ) | Court Date: September 2, 2026 |
| | ) | |
| NEVILLE AJUDUA, | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

COUNT ONE
Misdemeanor - Violation Notice E2351080

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 13, 2026, at Naval Station Norfolk, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, NEVILLE AJUDUA, did intentionally make an obscene display or exposure of his person, or the private parts thereof, in any public place, or in any place where other are present, or procures another to so expose himself.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-387.)

COUNT TWO
Misdemeanor - Violation Notice E2351082

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 13, 2026, at Naval Station Norfolk, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, NEVILLE AJUDUA, did

engage in intentionally obscene, simulated acts of masturbation, in a public place, with the intent to be seen by others.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-381.1.)

COUNT THREE
Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 13, 2026, at Naval Station Norfolk, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, NEVILLE AJUDUA, did knowingly and willfully engage in conduct in a public place, with the intent to cause public inconvenience, annoyance or alarm, or recklessly create a risk thereof.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-415).

COUNT FOUR
Misdemeanor - Violation Notice E2351078

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 13, 2026, at Naval Station Norfolk, Norfolk, Virginia, in the Eastern District of Virginia, the defendant, NEVILLE AJUDUA, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

COUNT FIVE
Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 13, 2026, at Naval Station Norfolk, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, NEVILLE AJUDUA, did unlawfully assault A.Y.

(In violation of Title 18, United States Code, Section 113(a)(5)).

Respectfully submitted,

Todd. W. Blanche
Attorney General

Theophani K. Stamos
First Assistant United States Attorney

/s/

Taryn M. Meeks
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6338
Cell: (757)-323-3467
Email: Taryn.Meeks2@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

/s/

Taryn M. Meeks
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6338
Cell: (757)-323-3467
Email: Taryn.Meeks2@usdoj.gov

August 19, 2026

Date